IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL MADDY,<br><br>Defendant. | 4:24-po-5188-JTJ<br><br>**ORDER** |

Upon the motion to continue and with good cause shown, IT IS HEREBY ORDERED that Initial Appearance is RESET for February 6, 2025 at 9:00 a.m. at the Missouri River Federal Courthouse, Great Falls, Montana.

DATED this 4th day of December, 2024.

John Johnston
United States Magistrate Judge