# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL R. MADDY,<br><br>Defendant. | PO-24-5188 -GF-JTJ<br><br>VIOLATION:<br>E1383575<br><br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $170 fine and $30 processing fee for violation E1383575 (for a total of $200), and for good cause shown,

**IT IS ORDERED** that the $200 fine paid by the defendant is accepted as a full adjudication of violation E1383575.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for February 6, 2025, is **VACATED.**

DATED this 29th day of January, 2025.

John Johnston
United States Magistrate Judge